Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

\_\_\_?\_\_\_ District of \_\_\_?\_\_\_

\_\_\_?\_\_\_ Division

Katie Marie Barr
Juno Barr
Bethany Barr
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

The State of Oregon
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:23-cv-659 MC
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Katie Barr
- Address: 300 West Holley RD. G5
  - City: Sweet home
  - State: OR
  - Zip Code: 97386
- County: Linn
- Telephone Number: 541-401-9770
- E-Mail Address: Katiewithachair@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Jennifer Strunk
- Job or Title (if known): Supervisor
- Address: 118 2nd AVN
  - City: Albany
  - State: OR
  - Zip Code: 97321
- County: Linn
- Telephone Number: 541-497-9806
- E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**
- Name: Tracy Jamison
- Job or Title (if known): Case manager
- Address: 118 2nd AVN
  - City: Albany
  - State: OR
  - Zip Code: 97321
- County: Linn
- Telephone Number: 503-871-3941
- E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Andrea Bellows
Job or Title (if known): Supervisor
Address: 118 2nd Avn
City: Albany  State: OR  Zip Code: 97321
County: Linn
Telephone Number: 971-501-0941
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Heather Strickland
Job or Title (if known): Supervisor
Address: 118 2nd Avn
City: Albany  State: OR  Zip Code: 97321
County: Linn
Telephone Number: 541-452-1896
E-Mail Address (if known):

☐ Individual capacity  ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title 18 section 242

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

each defendant has denied contact with Parent and continue to hold property while Denying myself any resources for assitence,

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

Albany Childwelfare Oregon Linn County private property Natural rights

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

August 2021 - present day.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

agents engaged in malicious gossip, Slander and repeatedly disregaurd real reports of abuse and torture. state Torture, and police envoylment have reached every edge of my home state. Terroist Attact children are in danger of trafficing and torture

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- mental health-
- Depression-
- grife-
- Loss-
- Torture-
emotional impact on children)-ACE-
and Saunders have new research on cases like this case.
Post seaparation abuse
Adverse childhood Exspirances,

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I request to have Jorg Barr and Bethany Barr returned to my care and custody.

By,
Katie Marie Barr
5-3-2023
300 west Holley G25
sweethome OR 097386
katiewithachair@gmail.com
541-401-9770

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5-3-2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Katie Marie Barr

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
                              *City    State    Zip Code*
Telephone Number _____
E-mail Address _____

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED 4 MAY '23 10:38USDC-ORP

Bethany Barr
Katie Barr
Juno Barr
Plaintiff(s),

v.

The State of Oregon,
Defendant(s).

Case No.:
23JU00696
23JU00695
23JU00698
23JU00693

## Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 5-3-2023

Signature: Katie M Barr
Name and Bar Number: N/A Katie Marie Barr
E-mail Address: katiewithachair@gmail.com
Firm Name: N/A
Mailing Address: 300 West Holley RD GS
City, State, Zip: Sweet home OR 97386
Party Represented: Self

[Rev. 01/2018]

Notice to part

4/28/23, 6:35 PM — Gmail - KB In Person Visitation Meeting

 Gmail

Mother Goose <katiewithachair@gmail.com>

## KB In Person Visitation Meeting
2 messages

**Bellows Andrea** <Andrea.Bellows2@odhs.oregon.gov>  Fri, Apr 28, 2023 at 4:30 PM
To: "katiewithachair@gmail.com" <katiewithachair@gmail.com>, Jamison Tracy A <TRACY.A.JAMISON@odhs.oregon.gov>, Hack Cody <Cody.Hack@doj.state.or.us>, "andreaboucherlaw@gmail.com" <andreaboucherlaw@gmail.com>, STRICKLAND Heather <Heather.STRICKLAND@odhs.oregon.gov>

For people who speak or use a language other than English, people with disabilities or people who need additional support, we can provide free help to participate in this meeting. Please call or email the meeting organizer. We accept all relay calls. ODHS and OHA staff can click on this link if they need help with a request.

## Microsoft Teams meeting

**Join on your computer, mobile app or room device**

Click here to join the meeting

Meeting ID: 272 721 542 446
Passcode: QRM3Cw

Download Teams | Join on the web

**Or call in (audio only)**

+1 971-277-2343,,959983682#   United States, Portland

Phone Conference ID: 959 983 682#

Find a local number | Reset PIN

For technical assistance, DHS and OHA employees please contact the OIS Service Desk; guests, please click the "Learn more about Teams" link.

Learn More | Meeting options

📎 invite.ics
   6K

**Mother Goose** <katiewithachair@gmail.com>  Fri, Apr 28, 2023 at 6:10 PM
To: Bellows Andrea <Andrea.Bellows2@odhs.oregon.gov>
Cc: Jamison Tracy A <TRACY.A.JAMISON@odhs.oregon.gov>, Hack Cody <Cody.Hack@doj.state.or.us>, andreaboucherlaw@gmail.com, STRICKLAND Heather <Heather.STRICKLAND@odhs.oregon.gov>

I will be mailing my records, messages, denial letters, engagements and ALL my personal past childhood experiences with the very agency my children are in the care of.
I was tortured by child welfare I have evidence from birth and witnesses to support all allegations. My mother received a grant for 25,000 dollars.
I was a infant I am now remembering ...clear as day.. Amen to that much..
From hear on. (I'm taking this as a direct terrorist attack on a private citizens home and privacy,I myself, and my children.)I am holding my title to my babies(birth certificates)on-hand like a restraining order... only because ,the state, of Oregon, is hiding the whereabouts of my minor children keeping them captive in a torture environment excluding them from all family that was primary care giver for the first 2 years of life.
Eliminated and rejected contact for months..
I have all documentation..
Going out to federal courts..
Please I only have the mocking silence and my reality that this state is subjecting my family to cruel torture. This organization. "(trafficking under ground ).
I believe the Lutheran church" Valley life church" is a "(source) "! and I believe tracey and foster parents also heather strickland beings prior or possible state police employment.
Also thanks for arrange the meeting. Much appreciated.....
Also Lebanon police station I believe are also working together ading the organized trafficking and torture of children and Women mothers. in care of child welfare and in care of treatment."substance abuse" . I'm mailing my report to the federal courts... Call me or email me if you want to give me kids" TODAY "
! I've made notice..4/28/2023
6:05PM.
5414019770
TEXT ONLY
CALL FOR RETURN OF PROPERTY
5414019770
300 WEST HOLLEY RD APT G5
SWEETHOME OR,97386
By ,
Katie Marie barr.
4/28/2023
5414019770
[Quoted text hidden]